# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **ROBERT FERRANTE,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| v. | ) | **Civil No. 09-525-P-S** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendants** | ) | |

## ORDER AFFIRMING THE
## <u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>

The United States Magistrate Judge filed with the Court on October 19, 2010, his Recommended Decision (Docket No. 17). Plaintiff filed his Objection to the Recommended Decision (Docket No. 18) on November 5, 2010. Defendant filed his Response to Plaintiff's Objection to the Recommended Decision (Docket No. 19) on November 22, 2010.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1.    It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2.	It is hereby **ORDERED** that the Commissioner's Decision is <u>**AFFIRMED**</u>.

.

<u>/s/George Z. Singal</u>
U.S. District Judge

Dated this 29th day of November, 2010